SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
JEANNIE KIM, Cal. Bar No. 270713
GIANNA SEGRETTI, Cal. Bar No. 323645
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail        okatz@sheppardmullin.com
              jekim@sheppardmullin.com
              gsegretti@sheppardmullin.com

[Proposed] Attorneys for
Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>☐ SIZZLER USA ACQUISITION, INC., a Delaware corporation<br>☐ SIZZLER USA HOLDINGS, INC., a Delaware corporation<br>☐ SIZZLER USA FINANCE, INC., a Delaware corporation.<br>☐ WORLDWIDE RESTAURANT CONCEPTS, INC., a Delaware corporation<br>☐ SIZZLER USA, INC., a Delaware corporation<br>☐ SIZZLER USA FRANCHISE, INC., a Delaware corporation<br>☐ SIZZLER USA REAL PROPERTY, INC., a Delaware corporation<br>☐ SIZZLER USA RESTAURANTS, INC., a Delaware corporation<br>☒ ALL DEBTORS,<br><br>Debtors and<br>Debtors in Possession. | Case No. 20-30748<br><br>Joint Administration Requested with Case Nos. 20-30746, 20-51400, 20-51401, 20-51402, 20-51403, 20-51404, and 20-51405<br><br>Chapter 11 Proceeding<br><br>**SUPPLEMENTAL DECLARATION OF CHRISTOPHER PERKINS IN SUPPORT OF DEBTORS' FIRST DAY MOTION FOR ORDER AUTHORIZING DEBTORS TO HONOR PREPETITION OBLIGATIONS TO EMPLOYEES**<br><br>Judge:    Hon. M. Elaine Hammond<br>Date:     September 22, 2020<br>Time:     9:30 a.m.<br>Place:    Tele/Videoconference Only |

-1-

SMRH:4819-4193-8124.2                        SUPPLEMENTAL PERKINS DECLARATION IN SUPPORT OF EMPLOYEE
                                                                               OBLIGATIONS MOTION

Case: 20-30748    Doc# 16    Filed: 09/21/20    Entered: 09/21/20 20:51:43    Page 1 of 4

I, Christopher Perkins, declare as follows:

1. I am the President and Chief Services Officer of Sizzler USA Acquisition, Inc. ("SUSAA"), Sizzler USA Holdings, Inc. ("SUSAH"), Sizzler USA Finance, Inc. ("SUSAFI"), Worldwide Restaurant Concepts ("WRC"), Sizzler USA Inc. ("SUSA"), Sizzler USA Franchise, Inc. ("SUSAFR"), Sizzler USA Real Property, Inc. ("SUSARP"), and Sizzler USA Restaurants, Inc. ("SUSAR," collectively, the "Debtors"), debtors and debtors in possession in the above-captioned chapter 11 proceeding. I became President of the Debtors in January 2020 and have been serving as Chief Services Officer since May 2019. Previously, I served as Director and General Counsel of the Debtors from February to May 2019.

2. I am the officer with primary responsibility for the business and financial affairs of the Debtors. I am familiar with the Debtors' operations and books and records, which I personally know are made and maintained in the ordinary course of business. On this basis, I have personal knowledge of the facts stated herein or knowledge based on the business records that are made and maintained in the Debtors' ordinary course of business, the information supplied to me by (a) my colleagues who report directly to me or (b) the Debtors' general bankruptcy counsel and other legal and professional advisors.

3. I submit this Declaration in further support of the *Debtors' Emergency Motion for Order Authorizing Debtors to Honor Prepetition Obligations to Employees* (the "Employee Obligations Motion"), filed on September 21, 2020, as Docket No. 8 in Case No. 20-30748 and also as a supplement to the *Declaration of Christopher Perkins in Support of First Day Motions* (the "First Day Declaration"), also filed on September 21, 2020, as Docket No. 13 in the same case. If asked to do so, I could and would testify competently under oath to the following matters.

4. As noted in the Employee Obligations Motion and in the First Day Declaration, SUSAR has over 200 active employees. Most of these employees are hourly restaurant workers, many of whom live paycheck-to-paycheck, and can ill-afford any interruption in payment, especially during the ongoing pandemic emergency and economic turmoil.

5. Also as noted in the Employee Obligations Motion and in the First Day Declaration, the next scheduled payroll is due to be paid out on Friday, September 25, 2020.

However, to make timely payment on payroll, SUSAR must fund the payroll by Wednesday, September 23, 2020.

6. The outstanding payroll due to be paid on Friday, September 25, 2020, totals $179,062. The following chart provide a breakdown of the payroll amounts due to different groups of workers:

| Group | Amount | % of Payout | No. of People |
|---|---|---|---|
| Chris & Tim Perkins | $0 | 0% | 2 |
| Senior Leadership Team | $27,296 | 15% | 6 |
| Home Office Employees | $21,422 | 12% | 8 |
| Store Level Staff | $130,343 | 73% | 218 |
| **Grand Total** | **$179,062** | **100%** | **232** |

7. As shown in the above chart, 73% of the payroll due to be paid on Friday, September 25, 2020, is owed to store-level restaurant staff, most, if not all, of whom are hourly employees who will suffer immensely if they do not receive prompt payment of payroll on Friday. The Debtors, therefore, have sought emergency interim relief to ensure that SUSAR's hourly employees do not suffer any interruption in payment.

8. Also as shown in the above chart, the most senior level members of the leadership team, that is, the Debtor's Chief Strategy Officer Timothy Perkins and I, are not presently taking any salary draw or receiving any payroll payments. Indeed, Timothy Perkins and I have foregone receiving nearly any salary payments for the past six months and continue to defer our salaries over an extended period of time.

9. Beyond this, only six members of the Senior Leadership Team are proposed to receive a payroll payment on Friday, September 25, 2020. Prior to the Petition Date, these members of the Senior Leadership Team had already received a 25% pay cut, which, assuming the Court grants the relief requested in the Employee Obligations Motion, will continue indefinitely. Of these six members of the Senior Leadership Team, Forbes Collins is an officer, while the other five members of the Senior Leadership Team are non-insiders.

-3-

10. The remaining employees are all non-executive, and as previously discussed, likely would suffer greatly should their paychecks be delayed even for a few days.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of September, 2020, at Mission Viejo, California.

DocuSigned by:

BEED1099CC3B46C...

Christopher Perkins