SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
JEANNIE KIM, Cal. Bar No. 270713
GIANNA SEGRETTI, Cal. Bar No. 323645
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
E mail       okatz@sheppardmullin.com
             jekim@sheppardmullin.com
             gsegretti@sheppardmullin.com

[Proposed] Attorneys for Debtors and Debtors in Possession

The following constitutes the order of the Court.
Signed: September 22, 2020

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 20-30748 |
| SIZZLER USA ACQUISITION, INC., a Delaware corporation, | Joint Administration Requested with Case Nos. 20-30746, 20-51400, 20-51401, 20-51402, 20-51403, 20-51404, and 20-51405 |
| Debtors and Debtors in Possession. | Chapter 11 Proceeding |
| | **ORDER DIRECTING THE JOINT ADMINISTRATION OF RELATED CASES** |
| | Judge: The Honorable M. Elaine Hammond<br>Date: September 22, 2020<br>Time: 9:30 a.m.<br>Crtrm: Videoconference via Zoom only |
| SIZZLER USA HOLDINGS, INC., a Delaware corporation, | |
| Debtors and Debtors in Possession. | |
| SIZZLER USA FINANCE, INC., a Delaware corporation, | |
| Debtors and Debtors in Possession. | |

| | |
|---|---|
| WORLDWIDE RESTAURANT CONCEPTS, INC., a Delaware corporation, | |
| Debtors and Debtors in Possession. | |
| SIZZLER USA, INC., a Delaware corporation, | |
| Debtors and Debtors in Possession. | |
| SIZZLER USA FRANCHISE, INC., a Delaware corporation, | |
| Debtors and Debtors in Possession. | |
| SIZZLER USA REAL PROPERTY, INC., a Delaware corporation, | |
| Debtors and Debtors in Possession. | |
| SIZZLER USA RESTAURANTS, INC., a Delaware corporation, | |
| Debtors and Debtors in Possession. | |

On September 22, 2020, at 9:30 a.m., the Court held an emergency hearing on various "First Day Motions" filed by Sizzler USA Acquisition, Inc. ("SUSAA"), Sizzler USA Holdings, Inc. ("SUSAH"), Sizzler USA Finance, Inc. ("SUSAFI"), Worldwide Restaurant Concepts ("WRC"), Sizzler USA Inc. ("SUSA"), Sizzler USA Franchise, Inc. ("SUSAFR"), Sizzler USA Real Property, Inc. ("SUSARP"), and Sizzler USA Restaurants, Inc. ("SUSAR," collectively, the "Debtors"), including the *Ex Parte Application Pursuant to Rule 1015(b) of the Federal Rules of*

*Bankruptcy Procedure and Bankruptcy Rule 1015-1 Requesting Joint Administration of Chapter 11 Cases* (the "Application").[1] Appearances were as noted on the record.

The Court having considered and reviewed the Application, the declarations and other pleadings filed in support of the Application, the arguments of counsel in support of the Motion at the emergency hearing, and all pleadings and evidence of record in this case, and all pleadings and evidence of record in this case,

**IT IS HEREBY ORDERED THAT:**

1. The Application is approved.

2. The chapter 11 cases of Debtors shall be jointly administered for procedural purposes under the chapter 11 case of Sizzler USA, Inc., Case No. 20-30748.

3. All pleadings filed in the Debtors' jointly administered Chapter 11 Cases shall use a combined caption in substantially the following form:

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| In re | Case No. 20-30748 |
|---|---|
| ☐ SIZZLER USA ACQUISITION, INC., a Delaware corporation<br>☐ SIZZLER USA HOLDINGS, INC., a Delaware corporation<br>☐ SIZZLER USA FINANCE, INC., a Delaware corporation.<br>☐ WORLDWIDE RESTAURANT CONCEPTS, INC., a Delaware corporation<br>☐ SIZZLER USA, INC., a Delaware corporation<br>☐ SIZZLER USA FRANCHISE, INC., a Delaware corporation<br>☐ SIZZLER USA REAL PROPERTY, INC., a Delaware corporation<br>☐ SIZZLER USA RESTAURANTS, INC., a Delaware corporation<br>☐ ALL DEBTORS,<br><br>    Debtors and<br>    Debtors in Possession. | Joint Administration Requested with Case Nos. 20-30746, 20-51400, 20-51401, 20-51402, 20-51403, 20-51404, and 20-51405<br><br>Chapter 11 Proceeding<br><br>**[PLEADING TITLE]**<br><br>[Hearing Information] |

---

[1] Due to an inadvertent filing error, the Debtors' Motion was not filed on September 21, 2020, but was properly filed with the Court on September 22, 2020 at Docket No. 19.

4. Notwithstanding joint administration of the Debtors' cases, the Debtors shall file their respective schedules, statement of financial affairs, and monthly operating reports in their respective cases, as well as maintain separate creditor mailing matrices and claims registers.

5. Except as provided here, the caption page for all pleadings, notices, and orders filed in the Debtors' cases shall be filed in Case No. 20-30748. The docket for case number 20-30748 shall be designated as the single pleadings docket for all pleadings with respect to these jointly administered cases.

**\*\*\* END OF ORDER \*\*\***

**Court Service List**

Registered ECF Participants only.