SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
JEANNIE KIM, Cal. Bar No. 270713
GIANNA SEGRETTI, Cal. Bar No. 323645
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail        okatz@sheppardmullin.com
              jekim@sheppardmullin.com
              gsegretti@sheppardmullin.com

Attorneys for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>☐ SIZZLER USA ACQUISITION, INC., a Delaware corporation<br>☐ SIZZLER USA HOLDINGS, INC., a Delaware corporation<br>☐ SIZZLER USA FINANCE, INC., a Delaware corporation.<br>☐ WORLDWIDE RESTAURANT CONCEPTS, INC., a Delaware corporation<br>☐ SIZZLER USA, INC., a Delaware corporation<br>☐ SIZZLER USA FRANCHISE, INC., a Delaware corporation<br>☐ SIZZLER USA REAL PROPERTY, INC., a Delaware corporation<br>☐ SIZZLER USA RESTAURANTS, INC., a Delaware corporation<br>☒ ALL DEBTORS,<br><br>Debtors and Debtors in Possession. | Case No. 20-30748<br><br>Jointly Administered with Case Nos. 20-30746, 20-51400, 20-51401, 20-51402, 20-51403, 20-51404, 20-51405<br><br>Chapter 11 Proceeding<br><br>**NOTICE OF HEARING ON CONFIRMATION OF DEBTORS' AMENDED PLAN OF REORGANIZATION DATED NOVEMBER 16, 2020 AND FINAL APPROVAL OF DISCLOSURES CONTAINED THEREIN**<br><br>The Hon. M. Elaine Hammond<br><br>Date: January 5, 2021<br>Time: 10:15 a.m.<br>Place: Videoconference via Zoom |

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE, MARK SHARF, THE DULY APPOINTED SUBCHAPTER V TRUSTEE IN THESE CASES, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL CREDITORS, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** on November 30, 2020, plan proponents Sizzler USA Acquisition, Inc. ("SUSAA"), Sizzler USA Holdings, Inc. ("SUSAH"), Sizzler USA Finance, Inc. ("SUSAFI"), Worldwide Restaurant Concepts ("WRC"), Sizzler USA Inc. ("SUSA"), Sizzler USA Franchise, Inc. ("SUSAFR"), Sizzler USA Real Property, Inc. ("SUSARP"), and Sizzler USA Restaurants, Inc. ("SUSAR," and collectively, the "Proponents" or "Debtors"), the debtors and debtors in possession in the above-captioned bankruptcy cases (the "Bankruptcy Cases"), filed the *Sizzler USA Acquisition, Inc., Sizzler USA Holdings, Inc., Sizzler USA Finance, Inc., Worldwide Restaurant Concepts, Sizzler USA Inc., Sizzler USA Franchise, Inc., Sizzler USA Real Property, Inc., and Sizzler USA Restaurants, Inc.'s* Amended *Plan of Reorganization, Dated November 30, 2020* (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider final approval of the disclosures in the Plan and to consider confirmation of the Plan will be held before the Honorable M. Elaine Hammond, Judge of the United States Bankruptcy Court, Northern District of California, via Zoom videoconference on **January 5, 2021, at 10:15 a.m.** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that **December 29, 2020, at 4:00 p.m.**, has been fixed as the last day for submitting all ballots ("Ballots") containing written acceptances or rejections of the Plan, and for filing and serving written objections ("Objections") to final approval and confirmation of the Plan. ***All Ballots and Objections must be received by the Debtors' counsel no later than 4:00 p.m. December 29, 2020***, and may be submitted to the Debtors' counsel at the following address:

> Sheppard, Mullin, Richter & Hampton LLP
> Four Embarcadero Center, 17th Floor
> San Francisco, California 94111
> Attn: Ori Katz, Esq.
> Facsimile: (415) 434-3947
> Email: okatz@sheppardmullin.com

1  **PLEASE TAKE FURTHER NOTICE** that if any Objections to confirmation of the Plan place material disputed facts at issue, the hearing scheduled for January 5, 2020, will also be a status conference to set a schedule for resolution of those factual disputes.

4  **PLEASE TAKE FURTHER NOTICE THAT**, the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video.  All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic.  Information regarding hearings before Judge Hammond may be found here:  https://www.canb.uscourts.gov/judge/hammond/calendar. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance.  If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated:  November 30, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Ori Katz*
　　　　　ORI KATZ

Attorneys for Debtors and Debtors in Possession