1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   ORI KATZ, Cal. Bar No. 209561
3  JEANNIE KIM, Cal. Bar No. 270713
   GIANNA SEGRETTI, Cal. Bar No. 323645
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
5  Telephone:    415.434.9100
   Facsimile:    415.434.3947
6  E mail     okatz@sheppardmullin.com
              jekim@sheppardmullin.com
7             gsegretti@sheppardmullin.com

8  Attorneys for Debtors and Debtors in Possession

9
                  UNITED STATES BANKRUPTCY COURT
10
           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
11

12
   In re                                    Case No. 20-30748
13
   ☐ SIZZLER USA ACQUISITION, INC., a       Jointly Administered with Case Nos. 20-
14   Delaware corporation                    30746, 20-51400, 20-51401,
   ☐ SIZZLER USA HOLDINGS, INC., a          20-51402, 20-51403, 20-51404, and 20-51405
15   Delaware corporation
   ☐ SIZZLER USA FINANCE, INC., a          Chapter 11 Proceeding
16   Delaware corporation.
   ☐ WORLDWIDE RESTAURANT                   **DEBTORS' *EX PARTE* APPLICATION
17   CONCEPTS, INC., a Delaware             FOR ORDER ESTABLISHING
     corporation                            BRIEFING SCHEDULE FOR
18 ☐ SIZZLER USA, INC., a Delaware          OBJECTIONS TO DEBTORS'
     corporation                            MODIFIED AMENDED PLAN OF
19 ☐ SIZZLER USA FRANCHISE, INC., a         REORGANIZATION FOR SMALL
     Delaware corporation                   BUSINESS UNDER CHAPTER 11**
20 ☐ SIZZLER USA REAL PROPERTY, INC.,
     a Delaware corporation
21 ☐ SIZZLER USA RESTAURANTS, INC., a
     Delaware corporation
22 ☒ ALL DEBTORS,

23          Debtors and
            Debtors in Possession.
24

25

26

27

28

SMRH:4813-6528-3028.4
APPLICATION FOR ORDER SETTING BRIEFING SCHEDULE

Debtors Sizzler USA Acquisition, Inc. ("SUSAA"), Sizzler USA Holdings, Inc. ("SUSAH"), Sizzler USA Finance, Inc. ("SUSAFI"), Worldwide Restaurant Concepts ("WRC"), Sizzler USA, Inc. ("SUSA"), Sizzler USA Franchise, Inc. ("SUSAFR"), Sizzler USA Real Property, Inc. ("SUSARP"), and Sizzler USA Restaurants, Inc. ("SUSAR," and together with SUSAA, SUSAH, SUSAFI, WRC, SUSA, SUSAFR, and SUSARP, collectively, the "Debtors"), the debtors and debtors in possession in the above-captioned bankruptcy cases (collectively, the "Bankruptcy Cases") respectfully submit this *Ex Parte* Application for Order Establishing Briefing Schedule for Objections to Debtors' Modified Amended Plan of Reorganization for Small Business Under Chapter 11 and state as follows:

1.      As explained more fully in the concurrently-filed *Notice of Modified Plan*, the Debtors inadvertently neglected to include JPMorgan Chase Bank, N.A. ("Chase Bank") as a general unsecured creditor or account for the $3,911,377.00 loan (the "PPP Loan") the Debtors obtained from Chase Bank under the federal Paycheck Protection Program in their *Amended Plan of Reorganization for Small Business Under Chapter 11* (the "Plan") filed on November 30, 2020, as Docket No. 92.

2.      While the Debtors still believe that the PPP Loan will be forgiven in full as discussed in the *Declaration of Christopher Perkins in Support of First Day Motions* filed on September 21, 2020 (the "Petition Date") as Docket No. 13, the PPP Loan has yet to be forgiven due to delays under the Payment Protection Program and the bankruptcy process. It is necessary for the Debtors to modify their Plan to account for the PPP Loan and include Chase Bank as a contingent general unsecured creditor should a portion of the PPP Loan not be forgiven (the "Plan Modification").

3.      The Debtors believe that under the worst case scenario, $2,100,000.00 of the PPP Loan would not be forgiven. The Debtors have therefore prepared a Scenario B liquidation analysis taking into account this worst case scenario. Under this Scenario B liquidation analysis, impaired members of the general unsecured creditor classes in Class 3(d) and new Class 3(j) would receive payment of approximately 8.3% on account of their allowed claims. While this return is lower than the liquidation analysis of the scenario in which the PPP Loan is forgiven in full as included in the Debtor's Plan on file, impaired creditors will nonetheless receive more under Scenario B according

to the Plan Modification than they would in a liquidation under chapter 7. The Plan as modified to include the Scenario B liquidation analysis therefore still satisfies the "best interest of creditors" test under the Bankruptcy Code and therefore remains confirmable. Moreover, under Scenario B the five-year forecast does not differ from that under the Plan presently on file because payments to Class 3(d) and Class 3(j) creditors are still only made from projected disposable income.

4. In spite of the Plan Modification, the Debtors desire to keep the January 5, 2020, hearing date presently set for the confirmation of the Plan in the interest of judicial expediency and efficiency, and propose a deadline of December 29, 2020, for parties negatively impacted by the modification (a total of 10 creditors plus Chase Bank) to file and serve objections to the Plan as modified by the Plan Modification. This will still provide them with more than two weeks to oppose the Plan as modified by the Plan Modification.

5. The Debtors have attempted to contact all of the Class 3(d) creditors, Class 3(j) creditors and the Subchapter V Trustee by phone to provide them with additional notice of the Plan Modification and ask them if they oppose the proposed briefing schedule. Of these, five creditors (including Chase Bank) consented to the deadline of December 29, 2020 for submitting an opposition to the Modified Plan. The other creditors were either unreachable or did not take a position on the phone. No creditor stated an opposition to the request, although one creditor indicated it was not interested in discussing the request at all. The Subchapter V Trustee did not oppose the proposed December 29, 2020 opposition deadline to the Plan as modified by the Plan Modification.

6. The Debtors therefore respectfully request that the Court issue an order substantially in the form of the proposed order attached hereto as **Exhibit A**, setting <u>December 29, 2020</u>, as the deadline for filing and serving objections to the Plan as modified to include the Scenario B liquidation analysis and Chase Bank as a contingent general unsecured creditor impaired by the Plan.

APPLICATION FOR ORDER SETTING BRIEFING SCHEDULE

Dated:  December 11, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By         _____
                     */s/ Ori Katz*
ORI KATZ
JEANNIE KIM
GIANNA SEGRETTI

Proposed Attorneys for Debtor and Debtor in
Possession

APPLICATION FOR ORDER SETTING BRIEFING SCHEDULE

**EXHIBIT A**

**(Proposed Order)**

SMRH:4813-6528-3028.4

APPLICATION FOR ORDER SETTING BRIEFING SCHEDULE

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
JEANNIE KIM, Cal. Bar No. 270713
GIANNA SEGRETTI, Cal. Bar No. 323645
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail        okatz@sheppardmullin.com
              jekim@sheppardmullin.com
              gsegretti@sheppardmullin.com

Attorneys for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| In re | Case No.  20-30748 |
|---|---|
| ☐  SIZZLER USA ACQUISITION, INC., a Delaware corporation ☐  SIZZLER USA HOLDINGS, INC., a Delaware corporation ☐  SIZZLER USA FINANCE, INC., a Delaware corporation. ☐  WORLDWIDE RESTAURANT CONCEPTS, INC., a Delaware corporation ☐  SIZZLER USA, INC., a Delaware corporation ☐  SIZZLER USA FRANCHISE, INC., a Delaware corporation ☐  SIZZLER USA REAL PROPERTY, INC., a Delaware corporation ☐  SIZZLER USA RESTAURANTS, INC., a Delaware corporation ☒  ALL DEBTORS, | Jointly Administered with Case Nos. 20-30746, 20-51400, 20-51401, 20-51402, 20-51403, 20-51404, and 20-51405 Chapter 11 **[PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE FOR OBJECTIONS TO DEBTORS' MODIFIED AMENDED PLAN OF REORGANIZATION FOR SMALL BUSINESS UNDER CHAPTER 11** |
| Debtors and Debtors in Possession. | |

The Court, having read and considered the *Debtors' Ex Parte Application for Order Establishing Briefing Schedule for Objections to Debtors' Modified Amended Plan of Reorganizations for Small Business Under Chapter 11* (the "Application"), filed by debtors and debtors-in-possession Sizzler USA Acquisition, Inc. ("SUSAA"), Sizzler USA Holdings, Inc.

("SUSAH"), Sizzler USA Finance, Inc. ("SUSAFI"), Worldwide Restaurant Concepts ("WRC"), Sizzler USA, Inc. ("SUSA"), Sizzler USA Franchise, Inc. ("SUSAFR"), Sizzler USA Real Property, Inc. ("SUSARP"), and Sizzler USA Restaurants, Inc. ("SUSAR," and together with SUSAA, SUSAH, SUSAFI, WRC, SUSA, SUSAFR, and SUSARP, collectively, the "Debtors"), the debtors and debtors in possession in the above-captioned bankruptcy cases (collectively, the "Bankruptcy Cases"), and all pleadings and evidence of record in these Cases, and good cause appearing therefor,

**HEREBY ORDERS THAT**:

1. The Application is APPROVED in its entirety. Capitalized terms not defined in this Order shall have the meanings given to them in the Application.

2. The deadline for parties to file and serve opposition to the Debtors' Amended Plan of Reorganization for Small Business Under Chapter 11 (the "Plan") as modified to include the Scenario B liquidation analysis and JPMorgan Chase Bank, N.A. ("Chase Bank") as an impaired general unsecured creditor under the Plan is December 29, 2020.

3. The hearing to confirm the Debtors' Plan (the "Confirmation Hearing") will remain on January 5, 2020, at 10:15 a.m.

4. The Debtors shall file a modified Amended Plan of Reorganization for Small Business Under Chapter 11 containing the Scenario B liquidation analysis and including Chase Bank in the classes of creditors as described in the Application prior to the Confirmation hearing.

**\*\*\*END OF PROPOSED ORDER\*\*\***

1                                                Court Service List

2   *Registered ECF participants.*

SMRH:4813-6528-3028.4

APPLICATION FOR ORDER SETTING BRIEFING SCHEDULE